## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

INTER AMERICAN BUILDERS
AGENCIES, CO., INC.
V.
MILWAUKEE VALVE COMPANY INC.

RECEIVED & FILED
1999 AUG 31 PM 5:5?
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

CASE NUMBER: 98-2219 (DRD)

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/30/99  **Docket #**  [X] Plffs   [ ] Defts  [ ] Other  **Title:** MOTION OF DISMISSAL WITHOUT PREJUDICE | **ORDER**  GRANTED. The Court hereby approves Plaintiff's request for voluntary dismissal of this case **without prejudice** in accordance with Rule 41 of the Federal Rules of Civil Procedure. |

Date: August 31, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/30/99  **Docket #**  [X] Plffs   [ ] Defts  [ ] Other  **Title:** MOTION OF DISMISSAL WITHOUT PREJUDICE | **JUDGMENT**  The Court having GRANTED on this same date Plaintiff's request for voluntary dismissal of the above captioned case, judgment is hereby entered **dismissing** this action **with prejudice.** |

Date: August 31, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:   EOD:

By: ___   # 11

N:\98-2219.DIS